## March 28, 1980.

C. A. No. 79-218.    STATE EX REL HARRY SUNDERLAND *v.* BRYAN WILLIAM JENNINGS. This case came before the court on March 7, 1960, on the state's motion under Rule 16(g) to affirm the judgment of conviction below of the defendant of driving under the influence of liquor. After hearing arguments of counsel we are of the opinion that questions raised by defendant have been settled by this court in *State* v. *Jennings*, 117 R.I. 291, 366 A.2d 543 (1976). The motion to affirm the judgment below is hereby granted. *Dennis J. Roberts II*, Attorney General, *Stephen Lichatin III*, Special Assistant Attorney General, Chief, Appellate Division, for plaintiff, *Aram K. Berberian*, for defendant.

## April 3, 1980.

M. P. No. 79-196.    JOHN H. NORBERG, *Tax Administrator v.* DORIS M. ARMSTRONG. The petitioner's motion for stay of execution sale as prayed is granted. *Dennis J. Roberts II*, Attorney General, *William G. Brody*, Assistant Attorney General, *Perry Shatkin*, Chief Legal Officer (Taxation), *R. Gary Clark*, Assistant Tax Administrator, for plaintiff-respondent. *Samuel A. Olevson*, for defendant-petitioner.